UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TIGRAN BEDROSIAN,

    Petitioner,

v.

KRISTI NOEM, et al.,

    Respondents.

Case No. 5:25-cv-02814-KES

**JUDGMENT**

Pursuant to the Court's Order Granting Petition, IT IS ADJUDGED that the Petition is granted.

DATED: May 20, 2026

_Karen E. Scott_

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE